# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JOEL WEBB, HARRIS CHARLES | § | Case No. 05-22094 |
| WEBB, DAWN MARGARET | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                    Assets Exempt:

Total Distributions to Claimants:                    Claims Discharged
                                                     Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on           .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/JOSEPH E. COHEN _____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Harris Webb | | | |
| | | | |
| Harris Charles Joel Webb | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Creditor # : 1 Vanderbilt Mortgage & Finance 500 Alcoa Trail Maryville TN 37804 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| PHILLIP TAXMAN | | | | | |
| PHILLIP TAXMAN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Creditor # : 1 Bank One P.O. Box 8650 Wilmington  DE 19899-0613 | | | | | |
| Creditor # : 3 Chase Gold Visa 1 Chase Manhattan Plaza Wilmington DE 19801-1398 | | | | | |
| Creditor # : 4 Sams Club/MCCBG P.O. Box 530942 Dept. 77 Atlanta GA 30353-0942 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CAPITAL RECOVERY ONE | | | | | |
| CAPITAL RECOVERY ONE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 05-22094 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | JOEL WEBB, HARRIS CHARLES | Date Filed (f) or Converted (c): | 06/03/05 (f) |
| | WEBB, DAWN MARGARET | 341(a) Meeting Date: | 07/07/05 |
| For Period Ending: 09/21/10 | | Claims Bar Date: | 11/30/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 100.00 | 0.00 | | 0.00 | 0.00 |
| 2. CHECKING | 100.00 | 0.00 | | 0.00 | 0.00 |
| 3. SECURITY DEPOSIT | 505.00 | 0.00 | | 0.00 | 0.00 |
| 4. MOBILE HOME | 45,000.00 | 0.00 | | 0.00 | 0.00 |
| 5. VEHICLE | 5,000.00 | 0.00 | | 0.00 | 0.00 |
| 6. HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | 0.00 |
| 7. BOOKS | 50.00 | 0.00 | | 0.00 | 0.00 |
| 8. APPAREL | 100.00 | 0.00 | | 0.00 | 0.00 |
| 9. LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10. PERSONAL INJURY | Unknown | Unknown | | 45,000.00 | Unknown |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 14.53 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $51,355.00 | $0.00 | | $45,014.53 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE CHECKING OUT VALUE OF PERSONAL INJURY CASE. TRUSTEE HAS EMPLOYED SPECIAL COUNSEL WHO IS TRYING TO SETTLE THE

CASE. MOTION FILED TO COMPROMISE PERSONAL INJURY CLAIM AND ORDER ENTERED. TRUSTEE IS PREPARING HIS FINAL REPORT.

Initial Projected Date of Final Report (TFR): 05/31/07        Current Projected Date of Final Report (TFR): 02/28/10

Page: 1

**Exhibit 9**

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:         05-22094  -ABG
Case Name:    JOEL WEBB, HARRIS CHARLES
                        WEBB, DAWN MARGARET

Taxpayer ID No:   *******4075
For Period Ending:  09/21/10

Trustee Name:         JOSEPH E. COHEN
Bank Name:             BANK OF AMERICA, N.A.
Account Number / CD #:    *******7109  BofA - Money Market Account

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/05/08 | 10 | Phillip Taxman Escrowee | Settlement of Lawsuit | 1142-000 | 45,000.00 | | 45,000.00 |
| 08/19/08 | 000301 | Phillip Taxman | Attorney fees per court order | | | 21,828.08 | 23,171.92 |
| | | | Fees              15,000.00 | 3210-000 | | | 23,171.92 |
| | | | Expenses        6,828.08 | 3220-000 | | | 23,171.92 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.87 | | 23,174.79 |
| 09/08/08 | 000302 | Harris Webb | Payment of exemption | 8100-002 | | 7,500.00 | 15,674.79 |
| | | | Payment of exemption | | | | |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.46 | | 15,677.25 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 1.52 | | 15,678.77 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 1.28 | | 15,680.05 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.79 | | 15,680.84 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,680.97 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 15,681.09 |
| 02/28/09 | 000303 | International Sureties, Ltd. | Bond premium | 2300-000 | | 12.87 | 15,668.22 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 15,668.36 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.34 | | 15,668.70 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,669.09 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,669.48 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.40 | | 15,669.88 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.40 | | 15,670.28 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,670.67 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.40 | | 15,671.07 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,671.46 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.40 | | 15,671.86 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,672.25 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.36 | | 15,672.61 |
| 03/26/10 | 000304 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 18.63 | 15,653.98 |

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 05-22094  -ABG |
| Case Name: | JOEL WEBB, HARRIS CHARLES |
| | WEBB, DAWN MARGARET |
| Taxpayer ID No: | *******4075 |
| For Period Ending: | 09/21/10 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7109  BofA - Money Market Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.41 | | 15,654.39 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,654.78 |
| 05/15/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.17 | | 15,654.95 |
| 05/15/10 | | Transfer to Acct #*******1286 | Final Posting Transfer | 9999-000 | | 15,654.95 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Account  *******7109 | | Balance Forward | 0.00 | | | |
| | 1 | Deposits | 45,000.00 | 4 | Checks | 29,359.58 |
| | 22 | Interest Postings | 14.53 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 15,654.95 |
| | | Subtotal | $    45,014.53 | | | |
| | | | | | Total | $    45,014.53 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $    45,014.53 | | | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 05-22094  -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | JOEL WEBB, HARRIS CHARLES | Bank Name: | BANK OF AMERICA, N.A. |
| | WEBB, DAWN MARGARET | Account Number / CD #: | *******1273  BofA - Money Market Account |
| Taxpayer ID No: | *******4075 | | |
| For Period Ending: | 09/21/10 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| Account  *******1273 | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 0 | Deposits | 0.00 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $      0.00 | | Total | $      0.00 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $      0.00 | | | |

Page:   4

**Exhibit 9**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No:   05-22094  -ABG | Trustee Name:   JOSEPH E. COHEN |
| Case Name:   JOEL WEBB, HARRIS CHARLES | Bank Name:   BANK OF AMERICA, N.A. |
| WEBB, DAWN MARGARET | Account Number / CD #:   *******1286  BofA - Checking Account |
| Taxpayer ID No:  *******4075 | |
| For Period Ending:  09/21/10 | Blanket Bond (per case limit):   $  5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/15/10 | | Transfer from Acct #*******7109 | Transfer In From MMA Account | 9999-000 | 15,654.95 | | 15,654.95 |
| 05/19/10 | 003001 | JOSEPH E. COHEN | Chapter 7 Compensation/Fees | 2100-000 | | 3,402.73 | 12,252.22 |
| | | 105 WEST MADISON STREET | | | | | |
| | | SUITE 1100 | | | | | |
| | | CHICAGO, IL  60602-0000 | | | | | |
| 05/19/10 | 003002 | JOSEPH E. COHEN | Chapter 7 Expenses | 2200-000 | | 48.54 | 12,203.68 |
| | | 105 WEST MADISON STREET | | | | | |
| | | SUITE 1100 | | | | | |
| | | CHICAGO, IL  60602-0000 | | | | | |
| 05/19/10 | 003003 | Cohen & Krol | Attorney for Trustee fees | 3110-000 | | 1,787.50 | 10,416.18 |
| 05/19/10 | 003004 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 893.75 | 9,522.43 |
| 05/19/10 | 003005 | Capital Recovery One | Claim 000001, Payment 114.97692% | | | 1,987.56 | 7,534.87 |
| | | 25 SE 2nd Avenue, Suite 1120 | | | | | |
| | | Miami, FL 33131 | | | | | |
| | | | Claim        1,728.66 | 7100-000 | | | 7,534.87 |
| | | | Interest        258.90 | 7990-000 | | | 7,534.87 |
| 05/19/10 | 003006 | Harris Charles Joel Webb | Surplus to Debtor | 8200-002 | | 7,534.87 | 0.00 |
| | | | Surplus to Debtor | | | | |

| Account  *******1286 | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 6 | Checks | 15,654.95 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $        0.00 | | | |
| | | | | Total | $     15,654.95 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 15,654.95 | | | |
| | Total | $     15,654.95 | | | |

FORM 2                                                                                  Page:    5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 05-22094  -ABG |
| Case Name: | JOEL WEBB, HARRIS CHARLES |
| | WEBB, DAWN MARGARET |
| Taxpayer ID No: | *******4075 |
| For Period Ending: | 09/21/10 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1286  BofA - Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  | Report Totals |  | Balance Forward | 0.00 |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  | 1 | Deposits | 45,000.00 | 14 | Checks | 45,014.53 |
|  |  | 22 | Interest Postings | 14.53 | 0 | Adjustments Out | 0.00 |
|  |  |  |  |  | 1 | Transfers Out | 15,654.95 |
|  |  |  | Subtotal | $  45,014.53 |  |  |  |
|  |  |  |  |  |  | Total | $  60,669.48 |
|  |  | 0 | Adjustments In | 0.00 |  |  |  |
|  |  | 1 | Transfers In | 15,654.95 |  |  |  |
|  |  |  | Total | $  60,669.48 |  | Net Total Balance | $  0.00 |

Ver: 15.20